# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILL LIETZKE,

    Plaintiff,

 v.

CITY OF MONTGOMERY, *et al.,*

    Defendants.

CASE NO.: 3:17-CV-00074-RCJ-VPC

**ORDER**

  Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 5[1]) entered on April 7, 2017, recommending that the Court that Plaintiff's action be dismissed. On April 28, 2017, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 7).

  The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 5) entered on April 7, 2017, should be ADOPTED AND ACCEPTED.

  IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF #1) is GRANTED. The Clerk of the Court shall filed the Complaint (ECF #1-1).

  IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the case.

  IT IS SO ORDERED this 21st day of June, 2017.

               _____
               ROBERT C. JONES

---

[1] Refers to court's docket number.